### ELIJAH COLLINS' LESSEE v. MARRINER and WIFE.

Court of Common Pleas. Sussex. October, 1793.